# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC, § § *Plaintiff,* § v. § § BELINDA MAKAKA, ET. AL, § § *Defendants.* § | Civil Action No. 4:25-cv-00089 Judge Mazzant/Judge Davis |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 28, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #7) that Plaintiff Lakeview Loan Servicing, LLC's complaint be dismissed without prejudice for want of prosecution and failure to comply with a court order.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Lakeview Loan Servicing, LLC's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to CLOSE this civil action.

**IT IS SO ORDERED**.
SIGNED this 30th day of June, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE